

# Fourth Court of Appeals

### San Antonio, Texas

## MEMORANDUM OPINION

No. 04-13-00506-CV

Robert G. **CORONA**, Christina M. Mozisek, and all occupants,
Appellants

v.

**GREEN TREE SERVICING LLC**,
Appellee

From the County Court at Law No. 3, Bexar County, Texas
Trial Court No. 385145
Honorable Jason Wolff, Judge Presiding

PER CURIAM

Sitting:      Karen Angelini, Justice
             Sandee Bryan Marion, Justice
             Marialyn Barnard, Justice

Delivered and Filed:  December 20, 2013

DISMISSED

Appellants' brief was due October 30, 2013. Neither the brief nor a motion for extension of time has been filed. Therefore, on November 26, 2013, we ordered appellants to file, on or before December 6, 2013, their appellants' brief and a written response reasonably explaining (1) their failure to timely file the brief and (2) why appellee is not significantly injured by their failure to timely file a brief. We warned that if appellants failed to file a brief and the written response by the date ordered, we would dismiss the appeal for want of prosecution. *See* TEX. R. APP. P. 38.8(a); *see also* TEX. R. APP. P. 42.3(c) (allowing involuntary dismissal if appellant has failed to comply

with a court order). Appellants did not file their brief and a written response by the date ordered. We therefore dismiss this appeal for want of prosecution.


PER CURIAM